The New York Times
Company

**George Freeman**
Vice President and
Assistant General Counsel

October 7, 2007

620 Eighth Avenue
New York, NY 10018

tel 212.556-1558
fax 212.556-4634

Hon. Arthur Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

OCT 15 2007   ★

Re:   U.S. v. NYRA
        CR-01295 (ADS)

LONG ISLAND OFFICE

Dear Judge Spatt:

For your consideration is a letter I previously sent Your Honor on September 24, 2007 requesting that the Court unseal a document previously sealed in this case.

This week I received from your law clerk correspondence stating that Your Honor was unable to consider that letter because it had not been served on Getnick & Getnick, the court appointed monitor. I have now provided the letter to Getnick & Getnick, and would request that Your Honor consider The Times's letter at this time.

Thank you very much for your cooperation.

Very truly yours,

George Freeman

GF/pd
Enclosure